# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/30/2025__
```

## MEMO ENDORSED

July 28, 2025

> Application GRANTED as to the requested schedule. Plaintiff is reminded that the Supplemental Rules for Social Security Actions, dispense with the need for motions for judgment on the pleadings. *See* Supp. Soc. Sec. R. 5 ("The action is presented for decision by the parties' briefs."). SO ORDERED.
>
> _____  7/30/25
> Barbara Moses
> United States Magistrate Judge

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Lamberty, Jr. v. Commissioner of Social Security*
     Civil Action No. 1:25-cv-03513-ER-BCM

Dear Judge Moses,

    We write on behalf of our client, Wilberto Lamberty, Jr., with the consent of the defense, to request a 90-day extension of time to file his motion for judgment on the pleadings which is currently due on August 6, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload over the next several weeks and scheduled vacation.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **November 6, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 4, 2026**; and

- Plaintiff to file his reply, if any, on or before: **February 18, 2026.**

Honorable Barbara C. Moses
July 28, 2025
Page Two

Thank you for your consideration of this request.

                Respectfully submitted,

                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:     212-500-5115
                dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)